HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A Professional Law Corp.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERION L. OLIVER,<br><br>  Plaintiff,<br><br>v.<br><br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>  Defendant.<br>_____ | Case No. 2:25-cv-01784-TLN-AC<br><br><br>STIPULATION AND ORDER |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until October 20, 2025, in which to e-file his Motion for Summary Judgment which is due on September 19, 2025. Defendant shall file any opposition, including cross-motion, on or before November 19, 2025. First, this extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Second, Counsel for Plaintiff will be away from October 3, 2025 through October 12, 2025. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

1

STIPULATION AND ORDER

Dated:   September 15, 2025         /s/HARVEY P. SACKETT
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    DERION L. OLIVER

Dated:   September 15, 2025         /s/OSCAR GONZALEZ DE LLANO
                                    OSCAR GONZALEZ DE LLANO
                                    Special Assistant U.S. Attorney
                                    Social Security Administration
                                    [*As authorized by email 9/15/25]

IT IS ORDERED.

Dated: September 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                              2