HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
E-mail: hps@sackettlaw.com

HPS/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERION L. OLIVER, | Case No. 2:25-cv-01784-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

The court having considered the pleadings and the matter having been duly submitted:

IT IS HEREBY ORDERED AND ADJUDGED that:

Plaintiff's Motion for a fourteen-day extension of time to submit his Opening Brief is granted. Plaintiff has until November 3, 2025, in which to e-file his Opening Brief. Defendant shall file any opposition on or before December 3, 2025. Plaintiff's optional Reply Brief is due within fourteen-days after the filing of Defendant's Brief.

Dated: October 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER

1