ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4814
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERION L. OLIVER,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-01784-TLN-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty-five (44) days from December 3, 2025, up to and including January 16, 2026.  This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

    After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 44-day extension due to the large backlog of work created by the extended lapse in appropriations as well as planned leave during the holidays.  Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

    Accordingly, the parties hereby stipulate that Defendant's Motion for Summary

Judgment be due on January 16, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  December 2, 2025          ERIC GRANT
                                  United States Attorney

                          By      /s/ Marla K. Letellier
                                  MARLA K. LETELLIER
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

Dated:  December 2, 2025          SACKETT AND ASSOCIATES

                          By      /s/ Steven Rosales*
                                  (*as authorized via e-mail on December 2, 2025)
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 16, 2026, to file his Motion for Summary Judgment.

DATED: December 3, 2025

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE