ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
 6401 Security Boulevard
 Baltimore, Maryland 21235
 Telephone: (510) 970-4814
 E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERION L. OLIVER,<br><br>  Plaintiff,<br><br> vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 2:25-cv-01784-TLN-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended fourteen (14) days from January 16, 2026, up to and including January 30, 2026. This is the Defendant's second request for an extension on the deadline to file his Motion for Summary Judgment.

Counsel for Defendant respectfully requests this extension after being unexpectedly out of the office due to illness. Counsel requests a 14-day extension due to the large backlog of work created by the extended lapse in appropriations. For example, Counsel is currently responsible for drafting dispositive briefs in 9 Federal District Court cases between January 16, 2026 and January 28, 2026. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience and for the late filing of this stipulation.

Stip for Extension of Time         1

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on January 30, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.


Respectfully submitted,

Dated:  January 16, 2026                     ERIC GRANT
                                             United States Attorney


                             By      /s/  *Marla K. Letellier*
                                             MARLA K. LETELLIER
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant

Dated:  January 16, 2026                     SACKETT AND ASSOCIATES

                             By      /s/  *Harvey P. Sackett**
                                             (*as authorized via e-mail on January 16, 2026)
                                             HARVEY P. SACKETT
                                             Attorney for Plaintiff


**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 30, 2026, to file his Motion for Summary Judgment.


DATED: January 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip for Extension of Time                          2