UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERION L. OLIVER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:25-cv-01784-TLN-AC<br><br>**ORDER** |

Plaintiff Derion L. Oliver ("Plaintiff") filed the instant action seeking the Court's review of the Commissioner of Social Security's ("Commissioner" or "Defendant") denial of Plaintiff's application for disability insurance benefits and supplemental security income benefits. (*See* ECF No. 1.) The matter was referred to a United States Magistrate Judge.

On July 29, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 24.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 29, 2026 (ECF No. 24), are ADOPTED IN FULL;

2. Plaintiff's motion for summary judgment (ECF No. 14) is GRANTED;

3. Defendant's cross-motion for summary judgment (ECF No. 20) is DENIED; and

4. The case is REMANDED to the Commissioner for further proceedings consistent with the findings and recommendations.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE